UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 06 19 S

ELIZABETH ARMSTRONG,

Plaintiff,

vs.

C.A. No. ________

BANK OF AMERICA CORPORATION,

Defendant.

**PETITION FOR REMOVAL**

Defendant Bank of America Corporation (hereinafter referred to as "Defendant"), for the purpose only of removing this cause to the United States District Court for the District of Rhode Island, states:

1. State Court Action. This is an action filed on or about December 6, 2005 in the Superior Court, County of Kent, State of Rhode Island being numbered C.A. No. 05-1095 on the docket of said court and being a suit by Plaintiff Elizabeth Armstrong against the Defendant.

2. Federal Jurisdiction. This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states and the amount in controversy appears to exceed $25,000.

3. Timeliness of Removal Petition. Plaintiff served process on Defendant's agent for service of process, by regular mail, on or about December 19, 2005. Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

4. Relief Requested. Defendant respectfully requests that the United States District Court for the District of Rhode Island accept this Petition for Removal and that it assume

jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before all parties necessary for the trial hereof.

Respectfully submitted,

BANK OF AMERICA CORPORATION

By its Attorneys,

Mark A. Pogue, Esq. (#3441)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274.9200
(888) 325.9050

Dated: January 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January, 2006, I sent by first-class mail, postage prepaid, a copy of the foregoing to the following counsel of record:

Michael J. Lepizzera, Jr., Esq.
301 Metro Center Blvd., Suite 102
Warwick, RI 02886

Mark A. Pogue