UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELIZABETH ARMSTRONG,

Plaintiff,

vs.

C.A. No. 06-195

BANK OF AMERICA CORPORATION,

Defendant.

**LOCAL RULE 36(b) STATEMENT**

Pursuant to Local Rule 36(b) of the United States District Court for the District of Rhode Island, attached hereto are certified copies of the State court records and proceedings, including a certified copy of the State court docket entries, in the matter of Elizabeth Armstrong v. Bank of America Corporation, C.A. No. 05-1095.

Respectfully submitted,

BANK OF AMERICA CORPORATION

By its Attorneys,

Mark A. Pogue

Mark A. Pogue, Esq. (#3441)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274.9200
(888) 325.9050

Dated: January 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17 day of January, 2006, I sent by first-class mail, postage prepaid, a copy of the foregoing to the following counsel of record:

Michael J. Lepizzera, Jr., Esq.

301 Metro Center Blvd., Suite 102
Warwick, RI 02886

Mark A. Pogue

STATE OF RHODE ISLAND
KENT, SC

SUPERIOR COURT

ELIZABETH ARMSTRONG,

Plaintiff,

vs.

C.A. No. 05-1095

BANK OF AMERICA CORPORATION,

Defendant.

**CERTIFIED COPY OF THE STATE COURT RECORD**

I, David E. Perry, S.D. Clerk of the Superior Court for the County of Kent, State of Rhode Island, hereby certify that the documents attached hereto are true and accurate copies of all the records and proceedings, and all the docket entries, including the filing of the Notice of Filing Notice of Removal, in the matter entitled Elizabeth Armstrong v. Bank of America Corporation, C.A. No. 05-1095, as of January 17, 2006, at 1:15 .m.

David E. Perry
S.D. Clerk
Kent County Superior Court

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2005-1095 ELIZABETH ARMSTRONG V BANK OF AMERICA CORP

Filing Date: 12-09-2005
Case Status: UNASSIGNED

Case Type: CONTRACT DAMAGES
Status Date: 12-09-2005

Plaintiff: ELIZABETH ARMSTRONG
ID: @10703105

Attorney: MICHAEL LEPIZZERA

Defendant: BANK OF AMERICA
ID: @10249184

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-09-2005 | COMPLAINT FILED | |
| 12-09-2005 | INITIAL FILING FEE | |
| 12-09-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCK50954. |
| 01-17-2006 | NOTICE OF REMOVAL | Affiliated: BANK OF AMERICA |

True Copy Attest

Jane M. Anthony

Clerk of Superior Court
County of Kent
Rhode Island