UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 07 2006
Property of U.S. District Court
District of Rhode Island

ELIZABETH ARMSTRONG,

Plaintiff,

vs. C.A. No. 06-19-S

BANK OF AMERICA CORPORATION,

Defendant.

**STIPULATION**

The parties hereby stipulate and agree that defendant Bank of America Corporation may have until and including February 20, 2006 to answer or otherwise respond to the Complaint in this matter.

2/7/06
Date

Mark A. Pogue, Esquire (#3441)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
Attorney for Defendants

2/7/06
Date

Michael J. Lepizzera, Jr. #4995
Lepizzera Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
(401) 739-7397
(401) 384-6950 (fax)