UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELIZABETH ARMSTRONG,

Plaintiff,

vs. C.A. No. 06-19

BANK OF AMERICA CORPORATION,

Defendant.

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Bank of America Corporation hereby moves that Brian P. Pezza be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Respectfully submitted,

BANK OF AMERICA CORPORATION

By its Attorneys,

Mark A. Pogue, Esq. (#3441)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274.9200
(888) 325.9050

Dated: January 27 2006

RECEIVED
FEB 7 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2006, I sent by first-class mail, postage prepaid, a copy of the foregoing to the following counsel of record:

Michael J. Lepizzera, Jr., Esq.
301 Metro Center Blvd., Suite 102
Warwick, RI 02886

Mark A. Pogue

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELIZABETH ARMSTRONG,

Plaintiff,

vs. C.A. No. 06-19

BANK OF AMERICA CORPORATION,

Defendant.

**BRIAN P. PEZZA'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had by pro hac vice status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Brian P. Pezza (Mass B.B.O. # 651076)
Edwards Angell Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110
(617) 951.2291
(888) 325.9620

Dated: January 27 2006

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Mark A. Pogue, Esq. (#3441)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274.9200
(888) 325.9050

**ORDER**

This motion is hereby Granted.

District Judge
Dated: 1/30/06



PRV_782304_1.DOC/AFURNESS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2006, I sent by first-class mail, postage prepaid, a copy of the foregoing to the following counsel of record:

Michael J. Lepizzera, Jr., Esq.
301 Metro Center Blvd., Suite 102
Warwick, RI 02886

Mark A. Pogue