**ATTACHMENT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH ARMSTRONG,<br>Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION,<br>Defendant. | ) | Civil Action<br>No. 06-19-S-DLM |

**STIPULATION OF DISMISSAL**

Plaintiff, Elizabeth Armstrong, and Defendant, Bank of America Corporation, hereby stipulate and agree, by and through the undersigned counsel, to the dismissal of the above-captioned matter with prejudice and without costs or fees to any party, and waiving all rights of appeal.

Dated: ~~September~~ November 6, 2006

Jointly submitted,

**ELIZABETH ARMSTRONG**, Plaintiff
By her attorney,

Michael J. Lepizzera, Jr.
Michael J. Lepizzera (#4995)
Lepizzera & Laprocina
301 Metro Center Boulevard
Suite 102
Warwick, RI 02886
(401) 739-7397
mlepizzera@LLDLawyers.com

**BANK OF AMERICA CORPORATION,**
**Defendant**
By its Attorneys,

Mark A. Pogue, Esq. (#3441)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274.9200
(888) 325.9050 (fax)
mpogue@eapdlaw.com

Brian P. Pezza, Esq. (*Pro Hac Vice*)
Edwards Angell Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110
(617)951-2291
(888)325-9620 (fax)
bpezza@eapdlaw.com